# UNITED STATES DISTRICT COURT FOR THE
## WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| **ANMOL ANMOL,** | ) |
| | ) |
| **Petitioner,** | ) |
| | ) |
| **v.** | )   **Case No. CIV-26-524-G** |
| | ) |
| **WARDEN OF CIMARRON** | ) |
| **DETENTION FACILITY, et al.,** | ) |
| | ) |
| **Respondents.** | ) |

## ORDER

Petitioner Anmol Anmol, appearing through counsel, initiated this habeas proceeding pursuant to 28 U.S.C. § 2241 on March 17, 2026. *See* Pet. (Doc. No. 1).

The record reflects that Petitioner is currently represented by attorney Nneka Jackson and that Attorney Jackson maintains an office in New York, New York. To date, Petitioner's attorney has not shown association with local counsel or entered an appearance in this case. *See* LCvR 83.3(a), 83.4.

IT IS ORDERED that, within seven (7) days of this Order, Petitioner's attorney shall file an entry of appearance, as required by Local Civil Rule 83.4, and show association with local counsel or seek relief from that requirement under Local Civil Rule 83.3(c).

IT IS SO ORDERED this 23rd day of March, 2026.

CHARLES B. GOODWIN
United States District Judge