**UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA**

| | |
|---|---|
| ANMOL ANMOL, | ) |
| | ) |
| Petitioner, | ) |
| | ) |
| v. | ) Case No. CIV-26-524-G |
| | ) |
| WARDEN OF CIMARRON | ) |
| DETENTION FACILITY et al., | ) |
| | ) |
| Respondents. | ) |

**<u>ORDER</u>**

Petitioner Anmol Anmol, appearing through counsel, initiated this habeas proceeding pursuant to 28 U.S.C. § 2241 on March 17, 2026. *See* Pet. (Doc. No. 1).

On March 23, 2026, the Court directed counsel for Petitioner, Nneka Jackson, to "file an entry of appearance, as required by Local Civil Rule 83.4, and show association with local counsel or seek relief from that requirement under Local Civil Rule 83.3(c)" no later than March 30, 2026. Order (Doc. No. 4).

As of this date, counsel for Petitioner has not entered an appearance, shown association with local counsel, or sought relief from the Court's Order. Nor has counsel sought additional time to do so.

IT IS THEREFORE ORDERED that counsel for Petitioner shall, no later than April 10, 2026, comply with the Court's March 23, 2026 Order or show cause in writing for the failure to do so.

Counsel for Petitioner is ADVISED that failure to cure these identified deficiencies and to comply with the Court's Orders may result in dismissal of this action.

IT IS SO ORDERED this 2nd day of April, 2026.

CHARLES B. GOODWIN
United States District Judge