**UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF OKLAHOMA**

**OKLAHOMA CITY, OK**
**DATE: July 27, 2026**

| | |
|---|---|
| **ANMOL ANMOL,** | ) |
| | ) |
| **Petitioner,** | ) |
| | ) |
| **v.** | ) **Case No. CIV-26-524-G** |
| | ) |
| **WARDEN OF CIMARRON** | ) |
| **CORRECTIONAL FACILITY et al.,** | ) |
| | ) |
| **Respondents.** | ) |

**ENTER ORDER:**

The referral of this matter to Magistrate Judge Chris M. Stephens (Doc. No. 12) is hereby VACATED.

By direction of District Judge Charles B. Goodwin, we have entered the above order.

JOAN KANE, CLERK OF COURT

By: /s/ Jacob Buckle
Deputy Clerk